EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 22 2002

at 11 o'clock and 40 min.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR02 00350 HG |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 18 U.S.C. § 1071] |
| JOANN YASUDA, | |
| Defendant. | |

INDICTMENT

COUNT 1:

The Grand Jury charges that:

On or about July 29, 2002, within the District of Hawaii, **JOANN YASUDA**, did knowingly and intentionally possess with intent to distribute in excess of five (5) grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

COUNT 2:

The Grand Jury further charges that:

From on or about July 19, 2002, to and including July 29, 2002, within the District of Hawaii, **JOANN YASUDA**, did knowingly and intentionally harbor and conceal Malcolm Hirakawa, a person for whose arrest a warrant had been issued under the provisions of a law of the United States, so as to prevent the discovery and arrest of Malcolm Hirakawa, after notice and knowledge of the fact that a warrant had been issued for the apprehension of Malcolm Hirakawa, in violation of Title 18, United States Code, Section 1071.

DATED: _Aug 22_, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
CHRIS A. THOMAS
Assistant U.S. Attorney

United States v. Joann Yasuda
"Indictment"
Cr. No. _____

2